

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**MICHAEL A. TROISI**
PARTNER
(516) 357-3158
michael.troisi@rivkin.com

October 24, 2023

**VIA ECF AND ELECTRONIC MAIL**

The Honorable Ramon E. Reyes, Jr.
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  Law Office of William Pager v. State Farm Fire & Casualty Company
           United States District Court, Eastern District of New York
           Docket No.: 23-cv-07745-DLI-RER
           RR File No.:  20770.9364

Dear Judge Reyes:

      This office is counsel to Defendant State Farm Fire and Casualty Company ("State Farm") in the above referenced matter.  I write on behalf and with the consent of all parties to inform the Court that this matter has been settled.  The parties are now in the process of documenting the settlement terms and, when completed, will file a Stipulation of Dismissal on the docket.  In light of this, we respectfully request the Court allow thirty (30) days for the parties to finalize the settlement and file the Stipulation of Dismissal.

                                    Respectfully submitted,

                                      RIVKIN RADLER LLP

                                      /s/

                                    Michael A. Troisi
                                   Cristina M. Paneque

cc: William Pager, Esq. (Via ECF)

66 South Pearl Street, 11th Floor
Albany, NY 12207-1533
T 518.462.3000 F 518.462.4199

25 Main Street
Court Plaza North, Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460 F 201.489.0495

1301 Riverplace Boulevard
Jacksonville, FL 32207-9047
T 904.792.8925 F 904.467.3461

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555 F 212.687.9044

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100 F 845.473.8777

7778361.v1