UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

Docket #: 23-cv-07745-DLI-RER

LAW OFFICE OF WILLIAM PAGER, WILLIAM PAGER,

                Plaintiff,

            -against-

STATE FARM INSURANCE COMPANY,

                Defendant.

-------------------------------------------------------------------X

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the parties in the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is, dismissed with prejudice, pursuant to Fed. R. Civ. P. Rule 41(a), without costs, attorneys' fees, expenses, or disbursements to any party. A facsimile or PDF copy of this Stipulation shall have the same force and effect as if it were an original.

Dated: October 26, 2023

| LAW OFFICE OF WILLIAM PAGER | RIVKIN RADLER LLP |
|---|---|
| By: _____ <br> William Pager <br> *Attorneys for Plaintiffs* <br> 203-205 Kings Highway <br> Brooklyn, New York 11223 <br> (718) 998-1010 <br> williampager@hotmail.com | By: _____ <br> Michael A. Troisi, Esq. <br> *Attorneys for Defendant* <br> *State Farm Fire & Casualty Company* <br> 926 RXR Plaza <br> Uniondale, NY 11556 <br> 516-357-3158 <br> michael.troisi@rivkin.com |

7783686 v1